**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                        3:03cr34/RV

**BRIAN LADARAIN JONES**

---

### ORDER

The defendant has filed a notice of appeal (doc. 31) of this court's order denying his motion seeking relief from final judgment pursuant to 60(b)(4)(6), (doc. 30), which the court construes as a request for a certificate of appealability. *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). An appeal of the denial of a Rule 60(b) motion requires a certificate of appealability. *Williams v. Chatman,* 510 F.3d 1290, 1294 (11th Cir. 2007). A COA should not issue in the appeal from the denial of a Rule 60(b) motion unless the petitioner shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion in denying his motion. See *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002) ("This Court reviews a denial of a 60(b) motion for an abuse of discretion.") Defendant has not made this showing, and his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis*. Because the court finds that this appeal is not taken in good faith and the defendant is not otherwise entitled to so proceed, should he file such a motion, it would be denied. Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 19th day of September, 2008.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**