**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

     v.                               Case No. 3:03cr34/RV

**BRIAN LADARAIN JONES**
_____/

## ORDER

      The Eleventh Circuit has remanded the defendant's appeal for a determination of whether defendant Jones' untimely (1 day late) notice of appeal resulted from good cause or excusable neglect.

      The Clerk of Court retained the envelope that contained the defendant's notice of appeal and I take judicial notice that the notice of appeal was clearly placed in the prison mail on September 12, 2008, and is postmarked that day. The Clerk shall file the image of the envelope and it shall be made a part of this order. I find that the notice of appeal was timely filed.

      I withdraw the order entered yesterday (doc.56) directing defendant Jones to file an affidavit and any evidence regarding when he mailed, delivered to prison officials, or otherwise filed his notice of appeal.

      DONE AND ORDERED this 7th day of November, 2008.


                                  /s/ *Roger Vinson*
                                **ROGER VINSON
                                Senior United States District Judge**